EXHIBIT A

# Incident Report
# Office Of Sheriff Ron Hickman



1200 Baker Street

Houston, TX 77002

www.hcso.hctx.net

(713) 221-6000

**16-169540**
Supplement No
**ORIG**

**DRAFT**

Reported Date
10/23/2016
Report Type
DISORD CON
Operator
WALKER, J. R.

## Administrative Information

| Agency | Offense No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| HARRIS COUNTY LAW ENFORCEMENT | 16-169540 | ORIG | 10/23/2016 | 01:24 |

| CAD Event No | Status | Report Type | | |
|---|---|---|---|---|
| SD161017260 | Incident Report | Disorderly Conduct | | |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| 21940 KINGSLAND BL | | | | | | | Katy |

| ZIP Code | Officers Assaulted? | Zone | District | Beat | From Date | From Time | |
|---|---|---|---|---|---|---|---|
| 77450 | No | W50 | S4 | W50 | 10/23/2016 | 01:24 | |

| Operator | Assignment |
|---|---|
| S28009/WALKER, J. R. | SHERIFF'S PATROL DISTRICT 4 NIGHTS |

| Entered By | Assignment | Approving Officer |
|---|---|---|
| S28009 | SHERIFF'S PATROL DISTRICT 4 NIGHTS | |

| Approval Date | Approval Time |
|---|---|

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| COM | 1 | I | JELOUDARZADEH, MOHAMMAD JR | 503564 |
| Race | Sex | DOB | | |
| W | M | | | |
| Invl | Invl No | Type | Name | MNI |
| REP | 1 | I | W. M. DOWDY | 7532719 |
| Race | Sex | DOB | | |
| W | M | | | |
| Invl | Invl No | Type | Name | MNI |
| SUS | 1 | I | BOETTCHER-JACOBSON, PENNY GEORGETTE | 10089578 |
| Race | Sex | DOB | | |
| W | F | | | |
| Invl | Invl No | Type | Name | MNI |
| SUS | 2 | I | BOETTCHER, ISAIAH CHARLIE | 315071 |
| Race | Sex | DOB | | |
| W | M | | | |

## Synopsis and Dept Output

The reportee requested HCSO to his location due to an argumentative female.

| Report Officer | Printed At | |
|---|---|---|
| S28009/WALKER, J. R. | 10/26/2016 10:04 | Page 1 of 5 |

# Incident Report
## Office Of Sheriff Ron Hickman

**16-169540**
**DRAFT**

Supplement No: ORIG

### Complainant or victim 1: JELOUDARZADEH, MOHAMMAD JR

| Field | Value |
|---|---|
| Involvement | Complainant or victim |
| Invl No | 1 |
| Type | Individual |
| Name | JELOUDARZADEH, MOHAMMAD JR |
| MNI | 503564 |
| Race | White |
| Sex | Male |
| DOB | (redacted) |
| Age | 35 |
| Ethnicity | Not Hispanic or Latino |
| Height | 6'00" |
| Weight | 170# |
| Hair Color | Brown |
| Eye Color | Green |
| Skin | Light |
| Gen Appearance | Casual |
| Build | Medium |
| Hair Description | Short hair |
| Facial Features | Unshaven |
| Speech | Clear/Normal |
| Demeanor | Calm/Polite |
| US Citizen | Yes |
| Language for victim notification | ENGLISH |
| Wanted | No |

| Type | Address | City | State | ZIP Code | Date |
|---|---|---|---|---|---|
| Home | (redacted) | Cypress | Texas | 77429 | 10/24/2016 |
| Mailing | (redacted) | Cypress | Texas | 77433 | 10/24/2016 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | (redacted) | Texas |

| Phone Type | Phone No | Date | Phone Type | Phone No |
|---|---|---|---|---|
| Business | (redacted) | 10/23/2016 | Cell | (redacted) |

Date: 10/23/2016

| Type | Email |
|---|---|
| Business | (redacted) |

### Reportee 1: W. M. DOWDY

| Field | Value |
|---|---|
| Involvement | Reportee |
| Invl No | 1 |
| Type | Individual |
| Name | W. M. DOWDY |
| MNI | 7532719 |
| Race | White |
| Sex | Male |
| Ethnicity | Not Hispanic or Latino |
| Skin | Light |
| Gen Appearance | Clean/Military |
| Build | Medium |
| Hair Description | Short hair |
| Facial Features | Clean shaven |
| Speech | Clear/Normal |
| Demeanor | Professional |
| US Citizen | Yes |
| Language for victim notification | ENGLISH |
| Wanted | No |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | (redacted) | 10/23/2016 |

### Suspect 1: BOETTCHER-JACOBSON, PENNY GEORGETTE

| Field | Value |
|---|---|
| Involvement | Suspect |
| Invl No | 1 |
| Type | Individual |
| Name | BOETTCHER-JACOBSON, PENNY GEORGETTE |
| MNI | 10089578 |
| Race | White |
| Sex | Female |
| DOB | (redacted) |
| Age | 42 |
| Ethnicity | Not Hispanic or Latino |
| Height | 5'06" |
| Weight | 180# |
| Hair Color | Brown |
| Eye Color | Brown |
| Skin | Light |
| Family Violence | No |
| Gen Appearance | Dirty/Unkept |
| Build | Heavy |
| Hair Description | Greasy/Long/Shoulder length/Straight |
| Speech | Slurred/Loud |
| Demeanor | Uncooperative/Under the influence |
| US Citizen | Yes |
| Language for victim notification | ENGLISH |
| Wanted | No |

| Type | Address | City | State | ZIP Code | Date |
|---|---|---|---|---|---|
| Home | (redacted) | Katy | Texas | 77449-0000 | 10/23/2016 |
| Mailing | (redacted) | Katy | Texas | 77449-0000 | 10/23/2016 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | (redacted) | Texas |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | (redacted) | 10/23/2016 |

| Type | Email |
|---|---|
| Home | notknown |

# Incident Report
## Office Of Sheriff Ron Hickman

**16-169540**
**DRAFT**

Supplement No: **ORIG**

### Suspect 2: BOETTCHER, ISAIAH CHARLIE

| Involvement | Inv No | Type | Name | | | | | Height | Weight |
|---|---|---|---|---|---|---|---|---|---|
| Suspect | 2 | Individual | BOETTCHER, ISAIAH CHARLIE | | | | | 5'04" | 175# |

| MNI | Race | Sex | DOB | Age | Ethnicity | | |
|---|---|---|---|---|---|---|---|
| 315071 | White | Male | | 46 | Not Hispanic or Latino | | |

| Hair Color | Eye Color | Skin | Family Violence | Gen Appearance | Build |
|---|---|---|---|---|---|
| Blond or Strawberry | Blue | Light | No | Casual | Medium |

**Hair Description:** Receding hairline/Short hair

**Facial Features:** Clean shaven

**Speech:** Clear/Soft

| Demeanor | US Citizen | Language for victim notification | Wanted |
|---|---|---|---|
| Apologetic/Polite | Yes | ENGLISH | No |

| Type | Address | | | | |
|---|---|---|---|---|---|
| Home | | | | | |
| City | | State | ZIP Code | Date | |
| Katy | | Texas | 77449-0000 | 10/23/2016 | |

| Type | Address | | | | |
|---|---|---|---|---|---|
| Mailing | | | | | |
| City | | State | ZIP Code | Date | |
| Katy | | Texas | 77449-0000 | 10/23/2016 | |

| Type | ID No | OLS |
|---|---|---|
| Operator License | | Texas |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | | 10/23/2016 |

| Type | Email |
|---|---|
| Home | |

### Modus Operandi

| Gang Act? | Method of Entry | Point of Entry | Entry Location | Premise Type | Crime Code(s) |
|---|---|---|---|---|---|
| No | Unlocked | Double swing door | Front | Bar, lounge, tavern | Phone calls |

**Suspect Action:** Had been drinking

### Narrative

***Scene Summary***

The scene was located at 21940 Kingsland Boulevard, in front of Mo's Place bar, in Harris County, Texas. Kingsland Boulevard is a public two way roadway which travels east and west, the Mo's Place bar on the north side of the roadway. On the north side of Kingsland Boulevard was an access point into a concrete parking lot for Mo's Place bar located in the northwest corner of the concrete parking lot.

On the south side of building which Mo's Place bar was located in was the main entrance and exit for the bar, facing south. To the east of the main entrance was a concrete sidewalk, where I observed the female suspect in a black dress laying on her right side facing south with a head injury as well as blood on her legs in handcuffs.

Contact was made with Deputies and the female suspect approximately 5 feet east of the main entrance to Mo's Place bar.

Weather was clear and cool with visibility fair due to parking lot lighting.

***Investigative Narrative***

On Sunday, October 23, 2016, I, Deputy J. Walker, Unit 44N28, was dispatched to a Meet the Officer call located at 21940 Kingsland Boulevard when I was directed by dispatched to "step it up".

Upon My arrival at approximately 0135 hours, I made contact with Sergeant W. M. Dowdy badge number 305 and Deputy J. A. Mook badge number 2593. I was advised the suspect; Ms. Penny Jacobson-Boettcher, who was identified by her husband by sight and name was under arrest for Criminal Trespass and Public Intoxication. I identified the husband; Mr. Isaiah Boettcher, by his Texas driver's license.

Ms. Penny who had already sustained a head injury and had blood on her legs as well as her feet was refusing to help stand up. I was concerned for the high foot traffic of patron's entering and exiting Mo's Place bar, which made it necessary to safely secure Ms. Penny in the back of my patrol unit.

| Report Officer | Printed At | |
|---|---|---|
| S28009/WALKER, J. R. | 10/26/2016 10:04 | Page 3 of 5 |

# Incident Report
## Office Of Sheriff Ron Hickman

16-169540
DRAFT

Supplement No
ORIG

### Narrative

I utilized a wrist lock technique on Ms. Penny's left wrist to gain compliance from Ms. Penny who still refused to help stand up in order to get her off the ground, and was being belligerent. When Ms. Penny stood up and began to walk towards my patrol unit I stop the utilization of the wrist lock technique. Sergeant Dowdy assisted me in escorting Ms. Penny to my patrol unit, while me and Sergeant Dowdy were escorting Ms. Penny she went limp on us and became dead weight.

Due to Ms. Penny going limp on us in an effort to passively resist our escort of her to my patrol unit she fell forward to the ground causing Sergeant Dowdy to fall on top of Ms. Penny. This action also caused me to nearly fall to the ground as well, all the while Ms. Penny still yelling at us. It was at this moment I heard a commotion to the east of us and a civilian ran up to me saying they are fighting. Deputy Mook then ran over to break up the fight that had just started. Out of concern for officer safety I quickly placed my arms under Ms. Penny's arms in a bear hug fashion before lifting her up and carrying all of her weight while quickly walking backwards to my patrol unit.

When I made it to my patrol unit other Deputies arrived on scene, which I directed to assist Deputy Mook in breaking up the fight. Sergeant Dowdy helped open the back door of my patrol unit, and I help Ms. Penny into the back seat of my patrol unit with her feet hanging out the right side of the patrol unit sitting upright. I instructed Ms. Penny to rotate her body and bring her legs into the patrol unit, which she refused.

I instructed Ms. Penny once again to rotate her body as well as bring her legs into the patrol unit, which in response Ms. Penny intentionally flopped onto her back against the plastic tub screaming and lifting her legs up to place her feet against the right side rear door of the patrol unit to prevent the door from shutting. I went around to the left side rear door to get into the back seat to lift Ms. Penny up to have her sit up right.

Once I was in the back seat compartment Ms. Penny continued to scream as well as accusing me of viciously beating her in an unprovoked assault. I then instructed Ms. Penny to sit upright and bring her legs into the cruiser, which Ms. Penny continued to refuse and scream at me. I placed my arms under Ms. Penny's arms and lifted her in the back seat up right and Ms. Penny brought her legs into the patrol unit and momentarily seemed relieved before screaming again.

Ms. Penny continued to scream at me stating she has many medical disorders and has committed no crime as well as continuing to accuse me of beating her for no reason. Ms. Penny then demanded I look at her legs and feet as well as her face which had blood on them while stating that her wrist are bleeding. I radioed for Emergency Medical Services (EMS) to make the scene and check Ms. Penny's injuries.

ESD 48 Ambulance number 1 was dispatched at approximately 0141 hours and arrived roughly 0147 hours with 2 EMS personnel on board. Ms. Penny was belligerent and combative towards EMS personnel while making multiple refusals for medical treatment.

Ms. Penny began to throw up in the back seat of my patrol unit in between her screaming at me and the EMS personnel. Ms. Penny demanded I identify myself to her and provide her my badge number in accordance of the United States Constitution as well as Texas law so to report me for beating her. I informed Ms. Penny there is no such law though my badge number was 3039 and my name is Deputy Walker.

Ms. Penny's husband Mr. Isaiah continued to attempt to calm Ms. Penny down, though Ms. Penny continued to scream at him to stay the fuck away from her. EMS informed me Ms. Penny refused to go to the hospital. I placed my handcuffs on Ms. Penny who was still in Sergeant Dowdy's handcuffs to remove Sergeant Dowdy's handcuffs without allowing Ms. Penny to be unsecured; out of concern she will become combative due to her demeanor. Ms. Penny did not make any statements on the matter as I placed my handcuffs on Ms. Penny, but began to scream when I was removing Sergeant Dowdy's handcuffs accusing me of purposely tightening them despite the fact I was removing the handcuffs.

Sergeant D. Campbell, 44S30 made the scene while Ms. Penny was still being belligerent with EMS personnel.

Ms. Penny began to state she wanted to kill herself and wanted me to shoot her in the head multiple times.

Mr. Isaiah was finally able to talk Ms. Penny into accepting medical treatment as well as going to the hospital.

Ms. Penny was placed on a gurney bed where she began to scream at EMS personnel yelling at them to not

| Report Officer | Printed At | |
|---|---|---|
| S28009/WALKER, J. R. | 10/26/2016 10:04 | Page 4 of 5 |

# Incident Report
# Office Of Sheriff Ron Hickman

**16-169540**  Supplement No ORIG

**DRAFT**

## Narrative

touch her and refusing to allow them to secure her for transportation. Ms. Penny refused yet again to be given medical treatment or to be transported to a hospital from the back of the ambulance.

Ms. Penny finally agreed to go to the hospital and was transported to Memorial Hermann of Katy located at 23900 Katy Freeway.

Ms. Penny and Mr. Isaiah were given a Criminal Trespass Warning by Mr. Mohammed Jeloudarzedeh who was the manager on duty for tonight as well as the son of the owner of Mo's Place bar.

It should be noted Ms. Penny had a strong odor of alcoholic beverage on her breath and about her person in addition to slurred speech. I never observed Ms. Penny to loose consciousness during the incident.

End of report.

| Report Officer | Printed At | |
|---|---|---|
| S28009/WALKER, J. R. | 10/26/2016 10:04 | Page 5 of 5 |