EXHIBIT B



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

## I. Purpose:

The Harris County Sheriff's Office allows employees to hold extra employment when off-duty with specific conditions and restrictions. The extra employment must not interfere with an employee's performance of his official duties as an employee of Harris County or cause conflicts of interest between the County and the extra employment. It is the purpose of this policy to set forth guidelines, conditions, and restrictions relating to extra employment. This policy applies to all employees.

## II. Policy:

A. Definitions:

1. Extra employment (extra job) - Any employment for a person or entity other than the Sheriff's Office for which compensation is received. (This includes police related extra employment and non-police related extra employment.) Extra employment also includes time volunteered without compensation, if the service provided includes police related work.

2. Temporary extra employment - Extra employment lasting thirty (30) calendar days or less.

3. Permanent extra employment - Extra employment lasting longer than thirty (30) calendar days.

4. Deputy Coordinator - Liaison between the employer and other deputies. If the Deputy has administrative duties (including coordination with other deputies) in addition to his regular duties for the employer, he may list himself as a coordinator on his extra employment application. The coordinator will coordinate the job but will not have supervisory responsibilities unless he is the highest ranking officer at the location.

BRADSHAW-0001



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

5. House Rules - Rules that are not specifically authorized by state or federal law or local ordinance; typically rules of the extra employment employer.

6. Escort of Convenience - Escorts by vehicle or motorcycle with emergency equipment in use, operated by a police officer, where no emergency exists. Example: Sports teams, wedding parties, or corporate executives. Funeral, house, or oversized load escorts are not considered escorts of convenience **[CALEA Standard 61.3.3].**

7. "Work hours" includes:

   a. All time spent on any Sheriffs Office duties; and,

   b. All time spent on any extra employment.

8. "Work day" is the twenty-four (24) hour period immediately following the beginning time of an employee's regularly scheduled shift.

9. "Work week" is the period:

   a. Beginning at the start of the work day the employee returns to duty after completing his or her regularly assigned days off; and,

   b. Ending at the end of the workday the employee begins his or her regularly scheduled days off.

B. Employee Responsibilities **[CALEA Standard 22.3.4 b & e]:**

1. All personnel who desire to engage in extra employment must recognize that their primary duty, obligation, and responsibility is to the office of the Sheriff.

BRADSHAW-0002



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

2. While engaged in extra employment, employees must comply with all rules, regulations, policies, and procedures set forth by the Sheriff's Office including, but not limited to, the Department Policies, any Bureau Procedural Manual, and any applicable Sheriff's Office or Bureau memorandum.

3. Deputies working extra employment must enforce all laws including county, state, and federal.

4. Any employee who is involved in, or is aware of, an incident arising from extra employment which might adversely affect the Sheriff's Office or Harris County, and could require investigation or review, shall report such incident to the Extra Employment Unit, in writing, within twenty-four (24) hours.

5. Employees shall carry on their person their temporary number or current permit card while working extra employment.

6. Worker's compensation, public liability, or legal representation benefits provided by Harris County may not be available to employees who work extra employment. Employees are advised to determine what coverage is available to them from their extra employment employers.

7. If a Deputy works extra employment in unincorporated Harris County and observes, or is informed of, an incident requiring an offense report, he shall contact the Sheriff's Office Communications Division, obtain a case number, and generate the proper report. If an arrest is made or the incident is a major crime scene, it is the responsibility of the arresting Deputy to give the necessary information to the patrol Deputy who will then transport, generate proper reports, and file charges when necessary. A Deputy working in another police agency's jurisdiction shall be required to notify that agency's dispatch and request a unit if transportation or a report is necessary. The Deputy working



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

extra employment may be required to make a report if requested by any transporting officer.

8. If a Deputy working extra employment is informed by a complainant, witness, or suspect of an incident committed at a location other than that of the extra employment, that Deputy will advise the proper agency and request a unit to make the required report. The Deputy working extra employment may be required to make a report if he collects evidence, receives information, or interviews a complainant, witness, or suspect who would not be immediately available to the reporting unit.

9. Civilian and/or Detention Officer Employees working extra employment shall notify the Sheriff's Office Communications Division of any reported or observed criminal activity.

C. Supervisory Authority **[CALEA Standard 22.3.4 a, c, d]:**

1. The Extra Employment Unit (EEU) is authorized to approve or disapprove all applications in accordance with this policy.

2. The Extra Employment Unit is authorized to investigate all extra employment. If in the course of the investigation, the Extra Employment Unit determines that the number of officers or supervisors scheduled to work a location or an event is insufficient to insure both officer and public safety, the Extra Employment Unit shall stipulate how many deputies and/or supervisors should be present. If the number of deputies or supervisors is not adjusted to meet the Extra Employment Unit's stipulation, the application shall be denied.

3. The immediate supervisor and/or on-duty field supervisor will be responsible for overseeing the Deputy's conduct while working police related extra employment.



SHERIFF
Harris County Texas
***Department Policy***

| SUBJECT: | POLICY #: |
|---|---|
| **EXTRA EMPLOYMENT** | **244** |
| CALEA STANDARDS REFERENCE(S): | NO. OF PAGES: |
| **22.3.3, 22.3.4, 61.3.3** | 25 |

D. Applications Process **[CALEA Standard 22.3.4 a, c]:**

All employees shall secure their immediate supervisors verbal approval and then obtain a temporary permit number before working extra employment. This number represents the employee's temporary authority to work extra employment. The employee shall carry this number with him until the job is completed or until a permit card has been issued. The permit number shall cover a specific business and location. If a business has multiple locations where duties are to be performed, all locations shall be listed on the application form. Extra employment permit numbers shall be obtained from the Visitor Control Center at 1200. The Deputy shall inform them of his name, the approving supervisor's name, company name, and location of the extra employment. Within three (3) working days, the Deputy shall submit a completed and signed extra employment application, through his immediate supervisor, to the Extra Employment Unit for each permit number issued (See Section G - Restrictions) regardless of whether or not the job is actually worked.

1. An extra employment application shall be submitted for every job worked to include self-employment.

2. Permit cards shall be issued from the Extra Employment Unit through the employee's immediate supervisor for all permanent extra employment.

3. Permanent permits shall remain in effect for one (1) year and must be renewed within the employee's birth month. It is the employee's responsibility to submit a new application by the fifteenth (15) day of their birth month. If an application for permanent extra employment is submitted during any month other than the employee's birth month, the permit must be renewed during the employee's subsequent birth month, regardless of the time elapsed since the original application was made.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): **22.3.3, 22.3.4, 61.3.3** | NO. OF PAGES: 25 |

4. When permanent extra employment is terminated, the employee shall write the word "terminated" and the date of termination on the face of the permit card and return the permit card immediately to the Extra Employment Unit through his immediate supervisor.

5. Whenever an extra employment location, number of hours and/or days worked change, the Extra Employment Unit shall be notified. Any changes shall be submitted on an application form and must include the Deputy's permit number for that extra employment. However, this does not apply to a Deputy that works for an employer that has special events, e.g., Reliant Stadium, Toyota Center, and Minute Maid Park. The Deputy will apply for one (1) permit number that will cover that specific employer. The coordinator or highest-ranking supervisor shall submit a roster to the Extra Employment Unit upon the completion of each event that provides the following information:

   a. Deputies' full names, ranks, and permit numbers.

   b. Dates deputies worked.

   c. Hours of the day worked.

   d. Total number of hours worked.

E. Denial or Revocation of Extra Employment Applications and Permits **[CALEA Standard 22.3.4 c]:**

1. The Extra Employment Unit will not approve any application for extra employment that does not meet the requirements of this policy. If an application is denied, the Extra Employment Unit will notify the employee through his immediate supervisor.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

2. If an employee's immediate supervisor disapproves an application for extra employment, or determines the employee is not eligible for extra employment (e.g., disciplinary probation), the supervisor shall document the reason in writing. The supervisor shall then send the document to the Extra Employment Unit with a copy to the employee's Bureau Commander through the chain of command.

3. An employee whose extra employment application is denied, or whose permit is revoked, may appeal the action, in writing, to the Sheriff or his designee within ten (10) working days of the date of revocation or denial. The decision of the Sheriff or his designee is final.

4. Any Sheriff's Office supervisor who becomes aware of violations of this policy shall take appropriate action, which may include the temporary revocation of extra employment authorization. Any such action taken shall be reported in writing to the employee's Bureau Commander with a copy to the Extra Employment unit.

5. A supervisor may order an Extra Employment permit to be revoked or denied if it is in the best interest of the Sheriff's Office or employee, to include the employee's health and the ability to discharge Sheriff's Office obligations. A copy of the denial or revocation shall be forwarded to the Extra Employment Unit through the employee's chain of command.

F. Circumstances Prohibiting Extra Employment **[CALEA Standard 22.3.4 c]:**

No extra employment shall be worked or authorized if:

1. A supervisor or the Extra Employment Unit has temporarily revoked the employee's permit card or temporary permit number.



2. The Deputy fails to qualify with his on-duty weapon during Sheriff's Office qualifications.

3. Maximum extra employment hours are exceeded per day/week.

4. A portion of the extra employment occurs during the employee's scheduled duty hours and no authorized leave is being taken. Example: Checking by on duty or keeping an eye on the place, or any task related to extra employment.

5. Any employee (sworn or non-sworn) who has been suspended, relieved of duty, is on injury leave, workers compensation, sick leave, any type of leave of absence, or has otherwise been instructed in writing not to work extra employment. Includes both police and non-police related extra employment.

6. Employees shall not work extra employment for a full sixteen (16) hours after the end of their regular tour of duty on the day they take sick leave. This prohibition does not apply to verifiable doctor appointments or family sick time.

7. The employee returns from extended leave of absence without first successfully completing all required testing in compliance with Department Policy.

8. The owner or manager of the business is of questionable character.

9. The business, or its agent(s), has been found to be consistently or frequently in violation of state or federal law or county and city ordinances.

10. Permits or licenses are required, or other regulations are imposed on the business, and such licenses, permits or regulations are not complied with by the business.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: **EXTRA EMPLOYMENT** | POLICY #: **244** |
|---|---|
| CALEA STANDARDS REFERENCE(S): **22.3.3, 22.3.4, 61.3.3** | NO. OF PAGES: 25 |

11. The Extra Employment Unit has determined the extra employment is not in the best interest of the Sheriff's Office or the extra employment might bring ridicule or unfavorable publicity to the Sheriff's Office.

12. The extra employment involves the collection of debts, repossession of property, or the serving of any civil process.

13. The business or location is not suitable for extra employment or a potential conflict of interest exists.

14. The location or nature of the extra employment could be highly controversial, such as the location of a labor dispute.

15. The business is one where topless, bottomless, or totally nude performers appear on the premises, to include their parking lot.

16. The business, or its management, restricts the employee from certain areas of the premises.

17. The business, or its management, expects the employee to enforce "house rules."

18. The employer is an establishment involved in a gambling game other than licensed bingo, Texas Horse Racing Commission, or Texas Lottery Commission, or as may be otherwise authorized under law, including the surrounding parking area of such employer.

19. Fewer deputies and/or supervisors are present, at any given time, than the minimum determined necessary at the extra employment location by the Extra Employment Unit, or as required by this policy.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

20. An employee obtains or possesses a license or commission from the Texas Department of Public Safety - Private Security Bureau or is a Reserve Peace Officer.

21. An employee agrees or arranges with an employer to pay a flat rate for services from which the employee will pay other employees. (e.g., the coordinating employee collects $100 per shift while paying other employees $80 per shift.) A coordinating employee may receive compensation for time spent on administrative duties for the employer if such administrative duties are intended to be within the scope of services provided by the employee in his capacity as a patrolman, guard, or watchman for the employer.

22. The individual or business for which the employee works requires the employee to sign a hold harmless indemnity agreement as a condition of employment. (An agreement of this type, should the employer be sued, could hold the employee responsible for the employer's attorney fees and litigation expenses.) It is recommended that all contracts be referred to the Sheriff's Office legal counsel for review.

23. The extra employment involves being an expert witness where the employee will be giving his/her opinion on any matter involving or investigated by the Sheriff's Office, or any other Harris County agency, or another law enforcement agency, unless the employee's testimony is given on behalf of Harris County, or any of its agencies or employees.

24. The extra employment involves the use of Sheriff's Office records.

25. The individual or business for which the employee works refuses, or has refused to cooperate in an investigation related to the extra employment.



26. The employee is a civilian and/or Detention Officer and the extra employment is police related (e.g., security guard, private investigator, police officer, or jailer).

27. The Civilian and/or Detention Officer displays, wears, or utilizes any portion of Sheriff's Office issued uniforms, jackets, hats, caps, or equipment at an extra employment location.

28. A certified Deputy or Civilian employee is injured or rendered incapable of performing normal job assignments. This includes a physical or mental condition.

29. During the 30-day assignment as Temporary Patrol Deputy (TPD). NO EXTRA EMPLOYMENT OF ANY KIND IS ALLOWED.

30. The extra employment is law enforcement or security related and is located outside of Harris County, and is an establishment or organization whose primary purpose is either the sale and/or on premise consumption of alcoholic beverages, including the surrounding parking areas, or whose purpose is to accommodate any type of reception where alcoholic beverages will be served and/or consumed.

G. Restrictions:

The following restrictions apply to extra employment jobs:

1. An employee applying for "Police-Related" extra employment must have completed entry-level probation, unless the employee was previously certified as a peace officer, for a minimum of one (1) year and has petitioned for and received approval from his Bureau Commander.

   Certified and Non-Certified employees must have completed entry-level probation, unless the employee is applying for



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: | POLICY #: |
|---|---|
| **EXTRA EMPLOYMENT** | **244** |
| CALEA STANDARDS REFERENCE(S): | NO. OF PAGES: |
| **22.3.3, 22.3.4, 61.3.3** | 25 |

"Non-Police Related" extra employment and has petitioned for and received approval from his Bureau Commander.

2. A Deputy who has not been a TCLEOSE certified peace officer for a minimum of six (6) months cannot work apartment security or work on premises where alcohol is consumed.

3. A Deputy may work extra employment at a business or event that is licensed to sell and/or permits the on-premises consumption of alcoholic beverages; or at any type of private reception, party or gathering where alcoholic beverages will be consumed, only when at least two (2) uniformed peace officers are working simultaneously at the extra employment. Under normal conditions, this restriction does not apply to the following establishments; restaurants, hotels, and motels. However, if any these establishments post the 51% TABC felony warning sign with red lettering or if the Deputy is being utilized by the establishment for a private reception, party or special event, to include the surrounding parking areas, and alcoholic beverages will be consumed, they will fall under this restriction.

   All clubs* must maintain a roster of any Deputy working at the business. This roster will include the Deputy's name, the permit number and the date and times they work at the club. It will be the responsibility of the Deputy or Deputy Coordinator of any such job to ensure that the business is in compliance with this requirement.

   ***A club is defined as any business that is required to post the 51% TABC felony warning sign with red lettering.**

4. The extra employment is located outside of Harris County. This application shall be approved by the Deputy's immediate supervisor and through the chain of command to



the Bureau Commander, prior to engaging in the extra employment.

**Exception:** Funeral or other escort requests made by motorcycle deputies that originate within Harris County.

5. Other than uniforms and police related equipment, no County equipment of any kind, unless operated at no further expense to the Sheriff's Office, may be used while the Deputy is in the actual performance of extra employment.

6. Uniformed extra employment shall not be worked unless the Deputy is wearing a complete authorized uniform. Specialized uniforms shall not be worn unless the specialized uniform is required in job performance and approved by the Bureau Commander. (e.g., A Deputy assigned to the Motorcycle Division shall not work in riding attire unless actually performing motorcycle duties). This restriction applies to any specialized Sheriff's Office approved uniforms i.e. bicycle, bomb squad, marine, mounted etc.

7. A reflective safety vest with the marking "SHERIFF" in black shall be worn with the uniform any time the extra employment requires the Deputy to direct traffic or be involved in a traffic control function.

8. Where extra employment would involve the sale of intoxicating liquor (e.g., clerk in a liquor store, bartender, bouncer, etc.).

9. For every eight (8) Harris County Sheriff's Office Deputies that are engaged in extra employment at the same location, at the same time, there must be a Harris County Sheriff's Office Supervisor, the rank of sergeant or higher, present at all times. If the extra employment requires twenty-four (24) deputies, one (1) lieutenant, or higher, and three (3) sergeants, or higher, must be present at all times.

BRADSHAW-0013



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: | POLICY #: |
|---|---|
| **EXTRA EMPLOYMENT** | **244** |
| CALEA STANDARDS REFERENCE(S): | NO. OF PAGES: |
| **22.3.3, 22.3.4, 61.3.3** | 25 |

10. The employee may not use emergency equipment on his/her vehicle unless a justifiable need is demonstrated and approved in advance by the Extra Employment Unit for temporary usage on extra employment. (The Emergency Equipment Request form must be completed and approved by the appropriate Division Commander).

11. An employee who works as a full-time peace officer may work extra employment for a private security company or an employer in the private security business. Any such employment shall be limited to providing patrol, guard, watchman, or deputy coordinator services, if such services are being provided by the employee as an individual contractor and if such services do not require a license or commission from the Texas Private Security Board. See 1702.322, Texas Occupations Code, as amended. All current policies, procedures, and restrictions regarding extra employment apply to this section. Reserve Peace Officers are not eligible to work extra employment as provided by this section.

H. Extra Employment Hours:

1. Limitations on Sheriff's Office duties and extra employment:

   a. No employee may work more than sixteen (16) hours of Sheriff's Office duties and/or extra employment in any twenty-four (24) hour period unless directed or approved by his or her Bureau Commander or as required by law; and,

   b. No employee may work more than eighty-eight (88) hours of Sheriff's Office duties and/or extra employment in any consecutive seven (7) day period unless directed or approved by his or her Bureau Commander or as required by law; and,



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

c. During his or her work-week, no employee may work in excess of seventy-two (72) hours of Sheriff's Office duties and/or extra employment unless directed or approved by his or her Bureau Commander or as required by law; and,

d. During his or her regularly scheduled days off, no employee may work in excess of sixteen (16) hours on each scheduled day off of Sheriff's Office duties and/or extra employment unless directed or approved by his or her Bureau Commander or as required by law.

2. Supplemental Conditions:

a. Special programs or assignments (e.g., STEP, overtime, off-duty court appearances, etc.) will be counted as Sheriff's Office duties. All such work hours:

i. Shall be included in the maximum work hours set forth in Paragraph (1) above; and,

ii. Consequently reduce the number of hours permitted for extra employment.

b. Compensatory or vacation time taken off duty may be deducted from the total number of Sheriff's Office duty hours worked thus increasing the number of hours permitted for extra employment.

c. Sick time taken shall not be deducted from the total number of Sheriff's Office duty hours worked.

I. Off-Duty Motorcycle Escort - Minimum Requirements **[CALEA Standard 61.3.3]:**



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

1. Deputies who meet the following criteria may apply to the Extra Employment Unit, through their immediate supervisor for an off-duty police motorcycle escort permit:

   a. An extra employment application approved by the employee's immediate supervisor through the chain of command to his Division Commander must then be submitted to the Traffic Enforcement Section for inspection. The Deputy and their motorcycle will be inspected for Sheriff's Office compliance by designated personnel assigned to the Traffic Enforcement Section. Motorcycles shall be inspected using the standard form.

   b. Any Deputy requesting approval of a motorcycle must possess a valid Texas Driver's License with a motorcycle endorsement and a valid liability insurance policy, which covers the motorcycle the Deputy desires to operate on extra-employment.

   c. Upon completion of a successful inspection of the motorcycle, the Traffic Enforcement Section supervisor may assign the Deputy a radio number and advise the Communications Division of that number.

   d. Any motorcycle that has received a "poor" rating, in any category, must be repaired prior to receiving the inspector's approval.

   e. All motorcycles shall be inspected at least once annually during mandatory re-qualification training. Such inspection shall be to ensure safe mechanical operation and compliance with state inspection regulations and to ensure conformity with Sheriff's Office policies. A motorcycle may be inspected at any time by a Traffic Enforcement Section supervisor.



2. The following Motorcycle Equipment specifications shall be adhered to:

   a. Motorcycles shall comply with manufacturer's specifications as heavy-duty police package, being white in color with black accent. The gas tank, front fender and fairing shall be white. The saddlebags and radio box (including mounting) shall be black. Motorcycles shall not be older than six (6) years from original date of purchase. (e.g., a motorcycle, 1994 model in crate, purchased in 1995 may be ridden through the year 2001) Any and all of these requirements may be waived by the Sheriff or his designee. The only approved models are the Harley Davidson "Road King" model FLHPI, the Harley Davidson "Electra Glide" model FLHTPI, the Victory Police Motorcycle "Commander I & II" models, and the Honda "Gold Wing" converted to above specifications. As current approved motorcycles are replaced, they must conform to this policy.

   b. Motorcycle must be equipped with electric turn indicators with red or amber lenses.

   c. Motorcycle must be equipped with molded plastic saddlebags, black in color.

   d. Motorcycle must be equipped with safety windshield. Unless motorcycle police package for a particular model comes with fairing as standard equipment, no other fairing shall be allowed.

   e. Minimum emergency equipment shall consist of:

      (1) An electronic siren capable of at least two tones with air horn.



(2) Two (2) standard flashing lights to the front - one (1) red sealed beam on the left and one (1) blue sealed beam on the right.

(3) Four-way flashers visible from front and rear - (4) Alternating flashing emergency lights to the rear in red, blue, or amber.

f. After January 1, 2006, all emergency lights will be LED.

g. Motorcycle must have police-type solo seat installed.

h. Motorcycle must have protective crash bars or engine and saddle bag guards installed.

i. Motorcycle may be equipped with an 800 MHZ two-way radio capable of communicating on Sheriff's Office frequencies that have been designated by the Patrol Support Services Bureau Commander.

j. Radio box should be standard Motorola type radio box, or of same dimensions, and black in color. Radio box shall not have any switches or accessories mounted on or attached to it with the exception of a radio antenna or county-issued computer.

k. Decorative hardware is strictly prohibited.

l. Motorcycle shall display, and have permanently affixed to it, the following decals:

(1) "Sheriff" affixed to the front safety windshield.

(2) Decal of Sheriff's badge affixed to each side of the gas tank.



(3) "Sheriff" affixed to each saddlebag, centered and visible from the side. NOTE: These decals shall only be the official authorized lettering as applied to Sheriff's Office marked vehicles. No other markings are allowed and no magnetic decal or facsimiles will be utilized.

(4) An assigned, and prominently displayed, identifying number affixed to the rear of the saddlebags shall be issued by Traffic Enforcement Section.

3. Uniform specifications are as follows:

a. Personnel riding motorcycles, as prescribed above, shall comply with the same uniform requirements for the Patrol Support Services Bureau Motorcycle personnel as set forth in Department Policy.

b. Those parts of the uniform that are not Sheriff's Office issue shall be purchased at the expense of the requesting Deputy.

c. The approved Sheriff's Office motorcycle insignia is an authorized uniform item to be worn by the deputies assigned to the Traffic Enforcement Section.

d. No Deputy shall operate a motorcycle that meets the above specifications at any time unless he is wearing the prescribed uniform of the Patrol Support Services Bureau Motorcycle personnel and performing in a capacity, which does not violate the above, or any other Sheriffs Office policy.

e. No Deputy shall ride any motorcycle with police equipment attached that has not been inspected and approved, unless test riding the motorcycle for

SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

possible purchase, riding to inspection, or riding to the original forty (40) hour Police Motorcycle Operator course taught and sponsored by the Harris County Sheriffs Office.

4. Deputies, other than those assigned as motorcycle deputies in the Traffic Enforcement Section, must successfully complete the TCLEOSE. approved Harris County Sheriff's Office basic forty (40) hour Police Motorcycle Operator course prior to riding an extra-employment escort, and shall each year thereafter complete the Harris County Sheriff's Office approved sixteen (16) hour Police Motorcycle Operator Course. The only course approved and accepted will be the training course taught and sponsored by the Harris County Sheriff's Office, and instructed by certified Police Motorcycle instructors assigned to the Traffic Enforcement Section. A copy of Certificate of Completion shall be submitted to the Extra Employment Unit.

   a. Deputies failing to successfully complete the annual Harris County Sheriff's Office approved sixteen (16) hour Police Motorcycle Operator course shall be immediately suspended from participating in the Off-Duty Motorcycle Escort program as well as any other Department motorcycle unit program until successful completion of the course.

   b. Deputies attending the school may only ride the motorcycle they are using for extra employment. If the deputy purchases a different make or model motorcycle, they must attend the next recertification course prior to riding it for extra employment duties.

5. Deputies must present a completed extra employment application, signed by immediate supervisor, Division Commander, Traffic Enforcement Section supervisor, inspection certificate, and the Harris County Sheriff's Office Police Motorcycle Operator course certificate to the Extra



Employment Unit for a permit number. One (1) permit number will be good for all escorts provided monthly reports are submitted by the Deputy to the Extra Employment Unit. The monthly reports shall include the company name, location, phone number, contact person, and load permit number if applicable.

6. Motorcycle Escort guidelines are as follows:

   a. Escorts shall be limited to funerals and oversize / over length load escorts. Convenience escorts are prohibited. Any exceptions and the authorized use of emergency equipment must first be approved either by the Patrol Support Services Bureau Commander, the Sheriff or his designee.

   b. Deputies shall ensure that an oversize or over length load has all required permits (City, County, and State) before moving a vehicle. Deputies shall not deviate from the route designated on the permit.

   c. In the event of any signal or infrastructure damage that is caused by an escorted load, the escorting deputy is required to make a written report of the incident and immediately forward it to the Traffic Enforcement Section. If such damage requires immediate attention, the escorting deputy shall notify Communications and request the proper agency be notified.

   d. Departmental funeral escorts will be limited to those funerals of active duty deputies, their spouses, or their children. A Departmental funeral escort can be conducted at the direction of the Sheriff or his designee.

   e. Department funeral escorts will be coordinated by the Traffic Enforcement Section.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

f. Line of duty funeral escorts will be performed under the direction of the Traffic Enforcement Section.

g. Funeral escorts will be conducted by the "bump and relieve" method. Leapfrogging is prohibited. When holding a stationary point in an intersection, a deputy will remain stopped until relieved and not ride in circles, figure 8's, or any other acrobatic maneuver.

h. Deputies conducting funeral escorts must be cognizant of the needs of the motoring public and minimize traffic congestion. Controlled-access freeways will be avoided whenever possible.

i. If the escort entails leaving Harris County, Texas, emergency equipment may be utilized and all traffic laws obeyed.

j. All complaints or police interventions by any Deputy while operating an approved motorcycle shall be referred to the Traffic Enforcement Section for investigation or resolution. A Traffic Enforcement Section supervisor shall advise the involved Deputy's immediate supervisor. Complaints will be investigated in accordance with existing Sheriffs Office policy. Extra Employment Unit will be notified of any sustained complaints.

k. If a complaint is sustained, sanctions can include temporary or permanent suspension of extra-employment motorcycle operation. The Patrol Support Services Bureau Commander is the suspending authority.

l. A roster of all deputies with approved motorcycles, motorcycle numbers and unit numbers shall be maintained by the Traffic Enforcement Section and the Extra Employment Unit.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
| --- | --- |
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

m. All deputies with approved motorcycles shall be subject to perform special assignments as directed by competent authority. When conducting a special assignment, a deputy will be considered "on-duty" and compensated in accordance with existing Hams County policies. Special assignments will be coordinated by the Traffic Enforcement Section.

J. Off-Duty Bicycle Patrol – Minimum Requirements:

Deputies who wish to ride a bicycle in an extra employment capacity must follow the guidelines as established by the Patrol Support Services Bureau for Bicycle Patrol. Following are the minimal requirements of any employee who desires to use a bicycle as a part of any extra employment:

1. Prior to being approved to use a bicycle in any extra employment, any Deputy must first receive forty (40) hours of TCLEOSE approved bicycle patrol training. This training consists of eight (8) hours of orientation to cycling and thirty-two (32) hours of patrol tactics. The supervisor of the Parks Section may be contacted for information concerning this training.

2. Deputies must have bicycles inspected annually and meet the following requirements:

a. In order to have a bicycle inspected, a written request approved by the employee's Division Commander must be submitted annually to the Patrol Support Services Bureau, Parks Section. This letter will be kept on file by the Parks Section.

b. Bicycles will not be inspected for the purpose of extra employment until bicycle training has been verified.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT:<br>**EXTRA EMPLOYMENT** | POLICY #:<br>**244** |
|---|---|
| CALEA STANDARDS REFERENCE(S):<br>**22.3.3, 22.3.4, 61.3.3** | NO. OF PAGES:<br>25 |

c. Upon approval by the Patrol Support Services Bureau, Parks Section, the Deputy and his bicycle will be inspected by the Supervisor of the Parks Section. The bicycle shall be inspected using the standard bicycle inspection form.

d. At no time shall any county owned bicycle unit or bicycle units issued through a contracting entity be used for the purposes of extra employment in areas other than the issuing contract.

e. A roster of all Deputies with approved bicycles shall be maintained by the Patrol Support Services Bureau, Parks Section with a copy given to Extra Employment Unit.

f. All deputies with approved bicycles shall be subject to perform special assignments as directed by competent authority. When conducting a special assignment, a deputy will be considered "on-duty" and compensated in accordance with existing Hams County policies. Special assignments will be coordinated by the Parks Section.

3. Deputies must wear the uniform that is approved for the Bicycle Patrol while working any extra employment.

a. Those personnel that meet certification and equipment requirements that are not assigned to a bicycle unit of the Patrol Bureau shall be required to purchase the proper uniform at the employee's expense.

b. The approved uniform is described in detail in the Patrol Bureau Standard Operating Procedure.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: EXTRA EMPLOYMENT | POLICY #: 244 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 22.3.3, 22.3.4, 61.3.3 | NO. OF PAGES: 25 |

c. Any Deputy who rides a bicycle under the color of the Harris County Sheriffs Office shall be required to be in compliance with the uniform adopted for the Bicycle Patrol Unit. Failure to abide by these standards may result in disciplinary action. Any Deputy not currently assigned to the Bicycle Patrol Unit who fails to abide by the above mentioned standards will have their names removed from the roster of those personnel approved for bicycle assignments and extra employment.

4. After completing the required training and inspection, Deputies who are requesting to utilize their bicycle in extra employment must - secure a permit number and submit an “Application for Extra Employment”, with the appropriate box entitled “Bicycle Patrol” checked. This form must be submitted through the deputy’s chain of command to their Division Commander for final approval prior to working the extra employment. This form must then be then forwarded to the Extra Employment Unit.

**Revision:**

This policy has been revised on the below listed dates:

April 21, 2009

September 24, 2009

November 20, 2009

May 25, 2011

June 27, 2012

BRADSHAW-0025



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: PROFESSIONAL CONDUCT REQUIRED | POLICY #: 302 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 5 |

## I. Purpose:

Employees shall strive to gain public support and win friendly citizen cooperation for the Sheriff's Office programs and procedures in order to facilitate the accomplishment of the Sheriff's Office objectives.

## II. Policy:

A. The attitude of each employee shall be one of service and courtesy, but not servility or softness. In non-restrictive situations, the employee should be pleasant and personal, and on occasions calling for regulation and control, the attitude shall be firm and impersonal, avoiding even an appearance of rudeness.

B. An exemplary employee:

1. Always strives to be in compliance with the department policies.
2. Completes a forty (40) hour work week, unless excused.
3. Knows immediate supervisor and the duty requirements and responsibilities.
4. Returns to duty station on time, after lunch and breaks.
5. Works diligently and to the best of their ability.
6. Remains at assigned duty area during duty hours, unless assigned elsewhere by a supervisor.
7. Always conducts his/herself in a courteous and business-like manner during duty hours.
8. Complies with directions given by supervisor.
9. Maintains a satisfactory standard of performance necessary for work assignment.
10. Refrains from conducting unauthorized meetings, distributing literature or solicitation of employees for political activities or non-profit organizations during duty hours unless authorized by competent authority.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: PROFESSIONAL CONDUCT REQUIRED | POLICY #: 302 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 5 |

11. Works overtime when required.

12. Reports any unsafe act or condition to supervisor.

13. Reports any injury sustained on duty to a competent authority.

C. Employee Behavior:

1. Avoid excessive absenteeism or tardiness particularly in conjunction with regular scheduled days off.

2. Do not smoke in an area where smoking is prohibited.

3. Do not deface or damage county property.

4. Avoid the use of County telephones for personal matters, except in necessary and emergency situations.

5. Do not use intoxicating beverages while on duty, except as may be plausible in the performance of duty.

6. Do not participate in or encourage others to call in or participate in an illegal work slowdown or work sick-out.

7. Do not participate in public displays of affection while in uniform or while on duty.

8. Do not take excessive tobacco breaks.

9. Does not abuse sick time or Worker's Compensation.

D. PROFESSIONALISM **[CALEA Standard 26.1.1]:**

The Sheriff of Harris County and its personnel have certain responsibilities to the citizens and other governmental agencies of Harris County. It is the intent of the Sheriff to ensure that these responsibilities are discharged in a professional manner.

A professional is an individual who possesses the following traits:

1. Honest

2. Common Sense



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: PROFESSIONAL CONDUCT REQUIRED | POLICY #: 302 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 5 |

3. Competent
4. Integrity
5. Loyal
6. Courageous
7. Credible
8. Properly Groomed and Attired
9. Decisive
10. Dedicated
11. Responsible
12. Equitable

E. The following rules of professional conduct will be adhered to at all times by employees:

1. **Addressing Ranking Deputies:** When in the presence of the public, each employee shall address fellow employees by rank or by title (e.g., Mr., Mrs., Miss., Ms, Deputy, Sergeant, Lieutenant, etc.) as the circumstances warrant.

2. **Conduct in Making Arrests or Towards a Prisoner:** Each deputy must be firm, resolute and zealous in effecting arrests. When it becomes necessary to use force in making an arrest or restraining a prisoner, the deputy shall use only that degree of force necessary under the circumstances. In every arrest or incident in which force is used, the facts surrounding such arrest and/or the use of force shall be fully set forth in a written report to be submitted by the deputy to the appropriate supervisor by the end of the employee's duty shift.

3. **Duty to Give Statements:** During the course of any official investigation, an employee shall, if requested or ordered to do so, immediately give a full, complete and truthful

BRADSHAW-0028



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: PROFESSIONAL CONDUCT REQUIRED | POLICY #: 302 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 5 |

statement. Failure to comply may result in disciplinary action.

4. **Duty to Report Information:** Each employee shall promptly report any information given him or her in good faith by any citizen, which indicates the need for action by the Sheriff's Office.

5. **Exclusive Service:** The Harris County Sheriff's Office is entitled to the exclusive service of its employees. Personnel may not work (either directly or indirectly) for other criminal justice agencies (other than in an approved extra job capacity).

   Within this context, "work" means to provide a service, paid or voluntary, as a regular or reserve deputy or detention officer, or other civilian employee, except as required.

6. **Handling of Monies and Property:** All monies or other property rightfully belonging to a third party which comes into the possession of any employee shall be delivered to the appropriate custodian and properly recorded.

7. **Information to Citizens:** Employees shall respond to requests for public information in a courteous and accurate manner. In so responding, employees shall disclose only that information deemed public. No employee shall make inquiry of the party requesting such public information beyond establishing the party's identity and the precise nature of the information being sought.

8. **Police Action:** All deputies, whether on or off duty, shall report and take proper action in any situation requiring law enforcement action. Each deputy shall have an approved firearm that they have been authorized to carry as a result of successful firearm qualification, Harris County Sheriff's Office badge, and Harris County Sheriff's Office identification card in their possession at all times.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: PROFESSIONAL CONDUCT REQUIRED | POLICY #: 302 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 5 |

9. **Duty to Provide Official Identification:** All deputies shall present their Harris County Sheriff's Office identification card when requested by a member of the public when engaged in law enforcement activities or in uniform. (Exec Order)

   Personnel engaged in covert operations are exempt from this requirement.

10. **Bearing:** While on duty, in uniform or otherwise, Deputies shall maintain a military bearing.

**Revision:**

This policy has been revised on the below listed dates:

April 21, 2009



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: CONDUCT PROHIBITED | POLICY #: 303 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 9 |

## I. Policy:

A. Acts or Omissions Contrary to Good Order:

No arbitrary rules of conduct can be established which will embrace all cases arising in the general discharge of law enforcement duties or in the personal activities of the individual employee. Therefore, any act or omission contrary to good order and discipline shall be the subject of disciplinary action.

B. Violation of Rules and Regulations:

Each employee of the Sheriff's Office shall be subject to:

1. Reprimand
2. Suspension
3. Reduction in rank, and/or
4. Dismissal from the Sheriff's Office and from service.

According to the nature of the offense, for violation of the rules and regulations and the code sections appearing in the Department Policies, or for any of the other rules, regulations, general or special orders of the Harris County Sheriff's Office.

C. The following acts or omissions are expressly prohibited conduct for employees of the Harris County Sheriff's Office:

1. Acceptance of Bribes:

No employee shall accept a bribe or engage in any act of extortion or other unlawful means of obtaining money or property.

2. Criticism of the Sheriff's Office or its Employees:

An employee shall not communicate information of a sensitive nature concerning the Sheriff's Office or its employees to any person or agency unless the employee first submits a complete written report of the information to



SHERIFF
Harris County Texas
*Department Policy*

| SUBJECT: **CONDUCT PROHIBITED** | POLICY #: **303** |
|---|---|
| CALEA STANDARDS REFERENCE(S): **26.1.1, 72.1.3** | NO. OF PAGES: 9 |

be provided and receives authorization from his/her Bureau Major.

3. Criticism of Official Acts:

   Employee shall treat other employees of the Sheriff's Office, or any other governmental agency, civilly and respect. An employee shall not publicly criticize any official act of any employee of this or any other department of City, County, State, or Federal Government.

4. Disorderly Conduct:

   No employee of the Sheriff's Office shall become intoxicated or disorderly in a public place at any time.

5. Emergency Equipment on Privately Owned Vehicles:

   No employee shall use / activate emergency equipment on his/her privately owned vehicle (i.e., light bar or siren) unless said employee is a certified Volunteer Fire Fighter or member of a certified Emergency Medical Service responding to a fire alarm or medical emergency. (This Section does not apply to Approved HCSO Motorcycle Deputies or portable emergency/safety light(s) mounted on a vehicle while working a construction site or roadway).

6. Fraternization and Socialization Prohibited:

   An individual's right to associate is one that is normally subject to little or no restriction. However, the need to ensure and maintain security within the Sheriff's Office takes precedence and authorizes the Sheriff's Office to impose restrictions upon its employees with respect to those with whom they wish to associate. Therefore, employees are cautioned that their relationships with others will be continually subjected to close scrutiny, and that a violation by an employee of any of the following may subject the employee to disciplinary action:



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: CONDUCT PROHIBITED | POLICY #: 303 |
| --- | --- |
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 9 |

a. No employee shall socialize or associate with a person who has a known criminal history or who is known to have been or who is engaged in criminal activity. In the event that such person is a member of the employee's family, the employee shall notify their Bureau Major who may, in his/her discretion, permit the association if it will not adversely affect the security of the Sheriff's Office.

b. Employees shall not knowingly fraternize nor associate socially with relatives, spouse and/or friends of any person in the custody of the Sheriff's Office.

c. Employees shall not fraternize, engage the services of, accept services from, nor do favors for any person in the custody of the Sheriff's Office.

d. Employees shall not knowingly fraternize with, engage the services of, accept services from, nor do favors for the relatives and/or friends of any person in the custody of the Sheriff's Office.

e. Employees who perform duties that require contact with a family member or relative, who is in the custody of the Sheriff's Office, shall immediately report the circumstances to their supervisor. The supervisor shall document the circumstances and shall immediately advise the Division Commander in writing.

f. No employee shall provide, either directly or indirectly, or assist either directly or indirectly, in providing a person in the custody of the Sheriff's Office with contraband or anything of value.



| SUBJECT: **CONDUCT PROHIBITED** | POLICY #: **303** |
|---|---|
| CALEA STANDARDS REFERENCE(S): **26.1.1, 72.1.3** | NO. OF PAGES: 9 |

7. General Behavior:

   No employee shall act or behave privately or in any official capacity in such a manner as to bring discredit upon him/herself or the Sheriff's Office.

8. Indebtedness:

   Employees of the Sheriff's Office shall pay their just debts. They shall not sell or assign their salaries or incomes, or contract any debts or liabilities that they are unable or unwilling to pay. Neither shall they refuse to promptly pay all indebtedness, claims, and judgments and satisfy all executions that may be held or issued against them. An employee shall not use position with the Sheriff's Office to avoid the payment of any debt or liability, claim or judgment, which has been lawfully held against them.

9. Neighborhood Disputes:

   Employees shall not intentionally become involved in neighborhood quarrels or disputes, either on duty or off duty.

10. Obligation to Family:

    An employee shall be required to properly support dependents.

11. Representation of Supervisors:

    An employee shall not cause any person or supervisor to intervene or make representation on his/her behalf in connection with their position in the Sheriff's Office.

12. Solicitation of Free Admissions, Favored Treatment, Services, or Merchandise:

    Employees shall not use their position with the Sheriff's Office to solicit or obtain free admissions to places of amusement, sporting events, etc. Employees shall not solicit any favored treatment, service, merchandise, or any



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: CONDUCT PROHIBITED | POLICY #: 303 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 9 |

other thing of value that would not ordinarily be accorded or available to a private citizen.

13. Threatening, Abusive, Vulgar or Insulting Language:

An employee shall not use threatening, abusive, vulgar or insulting language, or behave in an arrogant manner, toward any other member of the Sheriff's Office, the public, or prisoners in custody of the Sheriff's Office.

14. Untruthfulness:

Employees of the Sheriff's Office shall not make false statements to supervisors when questioned, interviewed, or in submitting reports, payroll records, or affidavits.

15. False Information in Records:

No employee shall knowingly or willingly make an official report, based on false information or knowingly or willingly enter or cause to be entered in any Sheriff's Office record or report, any inaccurate, false or improper information.

16. Incurring Indebtedness against Sheriff or County:

No employee shall incur, or cause to be incurred, any financial obligation or debt against the Sheriff or Harris County, except with the knowledge, consent and approval of competent authority.

17. Interference with Criminal Justice System:

No employee shall, directly or indirectly, make or negotiate any compromise or settlement on behalf of any person for the purpose of aiding such person in escaping the penalty of the law, or otherwise improperly using influence to affect the outcome of a judicial proceeding. No employee shall use influence to obtain the continuance of any judicial hearing on account of friendship with the defendant, or otherwise improperly interfere with the operations of the courts.



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: CONDUCT PROHIBITED | POLICY #: 303 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1, 72.1.3 | NO. OF PAGES: 9 |

Nothing in this section shall be construed as prohibiting an employee from cooperating with the prosecuting attorney for purposes of amending or modifying an existing charge or other action in any case, in which the employee is the arresting officer or a complainant.

18. Loitering:

Deputies shall not loiter in cafes, drive-ins, service stations, or other public places while on duty.

19. Recommendation of Lawyers or bail bondsmen:

No employee shall recommend or suggest to anyone that a particular person, firm, or corporation be employed as an attorney, legal counsel, or bail bondsman. Provided, however, that nothing in this section shall be construed as prohibiting an employee, acting in an individual capacity, from recommending or suggesting legal counsel in connection with a private non-departmental matter.

20. Removal of Records:

No employee shall remove from the physical environs of the Sheriff's Office, any official record except as directed by a supervisor, or as required by law or valid court order. If possible, a true and accurate copy of such record should be provided in lieu of the original.

21. Sleeping on Duty:

No employee is permitted to sleep while on duty.

22. Solicitation or Acceptance of Rewards, Loans, or Gifts:

No employee shall solicit or accept any reward or gratuity either for the performance of duty or for the anticipated performance of duty. No employee shall solicit or accept a re-ward, gratuity, gift, loan, or anything of value from any person subject to arrest or complaint, from any person in



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: **CONDUCT PROHIBITED** | POLICY #: **303** |
| --- | --- |
| CALEA STANDARDS REFERENCE(S): **26.1.1, 72.1.3** | NO. OF PAGES: 9 |

custody, from any person subsequent to discharge from custody, or from any relative or friend of such person.

23. Soliciting Influence:

    No employee shall solicit any other employee, including the employee's supervisors, to intercede or use influence on the employee's behalf in connection with any Sheriff's Office matter, including any official investigation. Provided, however that nothing in this section shall be construed as prohibiting an employee from being represented by another employee or a supervisor in the course of an appeal procedure adopted by the Harris County Sheriff's Office Civil Service Commission.

24. Use of Official Correspondence:

    No employee shall engage in official Sheriff's Office correspondence or use Sheriff's Office stationery without authorization.

25. Use of Official Sheriff's Emblems and Logo:

    No employee shall utilize the Sheriff's Office emblems, (i.e., Badge and Patch) or logo without proper authorization.

26. Withholding Evidence:

    An employee shall not fabricate, withhold, or destroy evidence of any kind; except as a part of their official duties in compliance with policy or law.

27. Conflict of Interest – Multiple Commissions:

    No employee, while in the employment of the Harris County Sheriff's Office, may be commissioned by another law enforcement agency as a regular or reserve officer, except as required by Sheriff's Office assignment (e.g. State and Federal task force).

BRADSHAW-0037



| SUBJECT: **CONDUCT PROHIBITED** | POLICY #: **303** |
|---|---|
| CALEA STANDARDS REFERENCE(S): **26.1.1, 72.1.3** | NO. OF PAGES: 9 |

28. Release of Confidential Information:

    Employees shall treat all information collected and maintained by the Sheriff's Office as confidential. They shall not disseminate such information to anyone except those for whom it is intended, or as directed by their supervisor(s) or as required by law. The contents of any criminal record file in the Sheriff's Office shall not be disclosed or divulged except to persons authorized by Sheriff's Office order, state and federal statutes, or valid court order [CALEA Standard 72.1.3].

29. Violation of Laws:

    No employee of the Sheriff's Office shall be charged with, indicted in, convicted of, or willfully violate any federal statute, state law, or local ordinance, except minor traffic offenses.

D. Additional Acts of Improper Conduct:

1. Absence without leave.
2. Incapacity due to mental or physical disability. (A medical examination may be required, and the Civil Service Commission shall in such instance approve the physician to make such examination.)
3. Incompetence
4. Inefficiency
5. Insubordination:

   No employee shall willfully disobey any order lawfully issued by supervisory personnel or acting authority, or be disrespectful, mutinous, insolent, or direct abusive language toward any supervisory personnel or acting authority. Flouting the authority of any supervisory personnel or acting authority, by obvious disrespect or by disputing orders, shall likewise be deemed insubordination.



SHERIFF
Harris County Texas
*Department Policy*

| SUBJECT: **CONDUCT PROHIBITED** | POLICY #: **303** |
|---|---|
| CALEA STANDARDS REFERENCE(S): **26.1.1, 72.1.3** | NO. OF PAGES: 9 |

An order is defined as any request, instruction, and/or command, either implied or directed towards a subordinate by any supervisor or acting authority employed by the Sheriff's Office.

6. Intoxication while on duty.
7. Neglect of duty.
8. Negligence or willful damage to, or misuse of, public property or waste of supplies or equipment.
9. Violation, or willful disregard, of any lawful regulation or order made and given by a Sheriff's Office Supervisor.
10. Fraud in securing appointment.
11. Dishonesty.
12. Drug Use or addiction to illegal drugs or substances.
13. Conviction of a misdemeanor or a felony.
14. Physical or verbal abuse of a person in custody.
15. Failure to meet requirements for licensure by the Texas Commission on Law Enforcement Officer Standards and Education.
16. Weapons Proficiency - Failure to achieve and maintain weapons proficiency as required by State Law and Sheriff's Office Policy.
17. Willful violation of any of the rules set forth in the Sheriff's Office policies or any Bureau / Division written order, directive.

**Revision:**

This policy has been revised on the below listed dates:

April 21, 2009



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: PERFORMANCE OF DUTY | POLICY #: 305 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1 | NO. OF PAGES: 2 |

## I. Policy:

The Harris County Sheriff's Office expects employees to provide competent, efficient, and courteous service to the citizens of Harris County. In that regard, the following shall govern how employees of the Sheriff's Office carry out their duties:

### A. Attention to Duty:

During assigned duty hours, employees shall devote their full time and attention to the service of the Sheriff's Office and shall not engage in any other business, occupation, or activity.

### B. Cowardice:

No employee shall display cowardice in the line of duty or fail to support fellow employees in the performance of duty.

### C. Discharge of Duties:

Each employee of the Harris County Sheriff's Office shall, at all times, conduct himself/herself responsibly and display proper demeanor, in order to bring credit upon himself/herself and the Sheriff's Office.

Each employee shall perform his/her duties in accordance with the department policies, job description, the policies and procedures maintained by the bureau to which assigned, and all applicable Sheriff's Office or Bureau orders and memoranda.

Each employee is required to discharge duties in a calm and firm manner. He/she shall exercise due diligence, and shall discharge duties in accordance with local, State and Federal law. Employees shall cooperate with one another to preserve law and order.

### D. Efficiency:

Employees shall discharge their duties in the most efficient manner possible.

### E. Failure To Perform Duty:

An employee who in the performance of official duties displays



SHERIFF
Harris County Texas
Department Policy

| SUBJECT: PERFORMANCE OF DUTY | POLICY #: 305 |
|---|---|
| CALEA STANDARDS REFERENCE(S): 26.1.1 | NO. OF PAGES: 2 |

reluctance to properly perform assigned duties, or who acts in a manner tending to bring discredit upon him/herself or the Sheriff's Office, or who fails to assume responsibility or to exercise diligence, proper demeanor, intelligence, and interest in the discharge of duties, may be deemed negligent or incompetent and shall be subject to disciplinary action, including suspension, demotion, or termination.

**F. Harmony and Cooperation:**

Employees shall conduct themselves in a manner to ensure optimal cooperation with each other and with other Bureaus of the Sheriff's Office, as well as with the employees of other County, City, State, Federal government agencies, and the public.

**G. Lawful Orders**:

Employees shall strictly obey and properly execute any lawful order emanating from any ranking supervisor or competent authority.

**H. Specific Duties:**

In addition to regular assigned duties, each employee shall perform all other duties as may be required of them by competent authority.

**Revision:**

This policy has been revised on the below listed dates:

April 21, 2009

BRADSHAW-0041